**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Abelardo Chaparro, | ) | No. CV-03-701 PHX-DGC |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Ivan Bartos, et al., | ) | |
| Respondents. | ) | |

United States Magistrate Judge Charles Pyle issued a report and recommendation ("R&R") recommending that Petitioner's habeas corpus petition be denied. Dkt. #68. Petitioner filed an objection and Respondents filed a response. Dkt. ##75, 87.

On November 23, 2009, Petitioner filed a motion seeking a 30-day extension of the time to file a reply. Dkt. #91. Respondents oppose the motion on the ground that reply briefs are not authorized under Rule 72(b) of the Federal Rules of Civil Procedure. Dkt. #92. Because Petitioner is proceeding pro se, and in the interest of justice, the Court will grant Petitioner's motion. Petitioner shall have until **December 23, 2009** to file a reply. No further extensions will be granted. The Court will rule on the R&R and the pending motions (Dkt. ##72, 76, 77) once the time for filing a reply has expired.

**IT IS ORDERED:**

1. Petitioner's motion for an extension of time to file reply (Dkt. #91) is **granted**.

2. Petitioner shall have until **December 23, 2009** to file a reply. **No further extensions will be granted.**

DATED this 4th day of December, 2009.

David G. Campbell
United States District Judge